IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID P. BARTLETT,

      Plaintiff,

v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

      Defendants.

Civ. No. 6:16-cv-1069-CL

ORDER

MCSHANE, Judge:

      Magistrate Judge Mark Clarke filed a Report and Recommendation (ECF No. 22), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although no objections have been filed, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Report and Recommendation (ECF No. 22) is adopted. The decision of the Commissioner is reversed and this action is remanded for further proceedings.

IT IS SO ORDERED.

      DATED this 20th day of April, 2018.

                                        /s/ Michael J. McShane
                                                Michael McShane
                                          United States District Judge