IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID B.,

    Plaintiff,

    v.

COMMISSIONER,
Social Security Administration,

    Defendant.

Case No. 6:16-cv-01069-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 30), and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although neither party filed objections, I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 30) is adopted in full. Plaintiff's Motion for Attorney Fees is GRANTED and Plaintiff's counsel is awarded $17,442.15 in attorney's fees pursuant to 42 U.S.C. § 406(b).

IT IS SO ORDERED.

    DATED this 26th day of May, 2020.

                                          /s/ Michael J. McShane
                                            Michael McShane

1 –ORDER

                    United States District Judge

2 –ORDER